```
12/07/2007  11:33    202-353-0675      USMS CELLBLOCK              PAGE  08/08
                     410-552-2824      USMS BALTIMORE WTS          PAGE
```

# United States District Court

### District of Maryland          07-627-M-01

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| ANTONIO D. GIBSON | Case No. 06-5258M |

"LODGED AS A DETAINER"

DC JAIL

*RECEIVED U.S. MARSHAL BALTIMORE 2007 NOV 19 A[...]*

**TO:** The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Antonio D. Gibson** and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him/her with *(brief description of offense)*:

INITIAL APPEARANCE- VIOLATION OF PROBATION
P.O.- Wanda Benson

**FILED**
**DEC 0 7 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title **18** United States Code, Section(s) **3606**

| | |
|---|---|
| **THOMAS M. DiGIROLAMO** | **MAGISTRATE JUDGE** |
| Name of Issuing Officer | Title of Issuing Officer |
| **REGGIE ALEXANDER** | **November 8, 2007    Greenbelt, MD** |
| (By) Deputy Clerk | Date and Location |
| | by *[signature]* Thomas M. DiGirolamo |
| Bail fixed at $ **NO RECOMMENDATION** | Name of Judicial Officer |

## Return

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest: 12/7/07 | DUSM G P BAXTER | *[signature]* |

U S DISTRICT COURT (Rev. 12/98)

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
## PROBATION OFFICE

GENNINE A. HAGAR
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

**07-627-M-01**

October 26, 2007

William F. Henry, Chief
United States Probation Officer
District of Maryland
C/O Dawn LaChance
United States Probation Office
9200 Edmonston Rd., Suite 200
Greenbelt, MD 20770

Re:   GIBSON, Antonio D.
      Docket Number: 06-5258M
      **VIOLATION REPORT**

Dear Chief Henry:

The purpose of this correspondence is advise your office of the following violation of the conditions of probation

   1)   **The defendant shall not commit another federal, state, or local crime.** (Standard Condition)

On October 6, 2007, Mr. Gibson was arrested in Washington, D.C., by members of the Narcotics Special Investigation Division Prostitution Enforcement Unit (PEU) of the Metropolitan Police Department for Pandering (Felony), and Possession of Marijuana, case number 2007 CFI 023577. On October 9, 2007, Mr. Gibson was held without bond and a Felony Status Conference scheduled for November 2, 2007, before the Honorable Harold Cushenberry, D.C. Superior Court.

GIBSON, Antonio D.
Docket Number: 06-5258M
Page 2

According to the police report, on October 6, 2007, at 3:25 a.m., in the 1400 block of L Street, Northwest, Washington, D.C., members of the PEU came into contact with the complainant, who stated she was performing sexual acts in exchange for U.S. Currency in the District of Columbia. She identified her pimp as "Tony," and indicated he brought her from Baltimore, Maryland, to the District for the purposes of prostitution.

"Tony" was later identified as Mr. Gibson. The complainant stated he took her to a downtown prostitution area to perform sexual acts in exchange for U.S. Currency, and kept all the proceeds. She gave a description of "Tony," and the area was canvassed. A male fitting "Tony's" description was observed in the 1400 block of L Street, Northwest, Washington, D.C., stopped by PEU, identified by the complainant, and arrested. During a search incident to the arrest, officers seized a marijuana cigarette, $161.00, and a cell phone from Mr. Gibson. It should also be noted that at the time of the arrest, Mr. Gibson gave a fictitious home address of 6054 Mission Ridge Road, Memphis, Tennessee.

Mr. Gibson's adjustment was marginal. He appears to have maintained a stable residence and provided proof of subsistence and food stamps, however, prior to the new arrest, this officer was addressing concerns regarding his reported employment as a handyman with Global Tire, Northeast, Washington, D.C., wherein he stated he was paid cash for his services. Additionally, Mr. Gibson was not forthcoming regarding his previous criminal history and is currently under investigation with several localities, for possible sex offender registration violations.

Regarding his monetary obligations, Mr. Gibson was ordered to pay a $10.00 assessment, a $115.00 fine, and a $25.00 processing fee at $15.00 per month, beginning June 1, 2007. According to the Central Violations Bureau database, Mr. Gibson has satisfied his Court obligation; however, as of October 2, 2007, he is in default with respect to late payment fees.

GIBSON, Antonio D.
Docket Number: 06-5258M
Page 3

In view of the above, we are referring this matter to your office for direction from the Court, and recommending the issuance of a warrant and the scheduling of a hearing on violation for Mr. Gibson. Please advise as to the action your Court chooses, and your preference in further supervision of this case. Should you have any questions or require additional information, please contact me at the number listed below.

Sincerely,

UNITED STATES PROBATION OFFICE

Kurt H. Panzer, Jr
Sr. United States Probation Officer
(202) 565-1401

12/07/2007  11:33  202-353-0675    USMS CELLBLOCK          PAGE  04/08
                    410-962-2924    USMS BALTIMORE WTS      PAGE

GIBSON, Antonio
Violation Report
Page 2

Based on the above, this officer alleges the following violations of supervision.

1. **_Standard Condition which states the defendant shall not commit another federal, stated, or local crime._** On October 6, 2007, Mr. Gibson was arrested in Washington D.C., by members of the Narcotics Special Investigation Division Prostitution Enforcement Unit (PEU) of the Metropolitan Police Department for Pandering (Felony), and Possession of Marijuana, Case No. 2007CFI0233577. On October 9, 2007, Mr. Gibson was held without bond.

Recommendation:
Based on the violations stated above, this officer respectfully recommends a warrant be issued for the arrest of Antonio Gibson for alleged violations of probation.

I have attached a Form 12 for the Court to execute, should Your Honor concur.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3579.

Mr. Gibson's last known address is

Mr. Gibson was represented at sentencing by Melissa Moore, Office of the Federal Public Defender, 6411 Ivy Lane, Suite 710, Greenbelt, MD 20770-4510.

The Government was represented at sentencing by Jane Nathan, U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Attachment

## U.S. Probation and Pretrial Services
# MEMORANDUM

**07-627-M-01**

DATE:   November 2, 2007

TO:     The Honorable Thomas M. DiGirolamo
        U.S. Magistrate Judge

FROM:   Wanda J. Benson
        U.S. Probation Officer

RE:     GIBSON, Antonio
        Docket No.: 06-5258M
        Exp. Date: 5/3/2008

SUBJ:   <u>Notice of Violation - Warrant Requested</u>

**Sentencing Information:**
On May 4, 2007, Antonio Gibson appeared before Your Honor for sentencing subsequent to conviction for the offense of Operating After Suspension. He was sentenced to a period of 12 months probation, with the following conditions imposed: 1) The defendant is instructed to pay a Special Assessment in the amount of $10; 2) The defendant is instructed to pay a fine in the amount of $115; 3) The defendant is instructed to pay a processing fee in the amount of $25; 4) The defendant shall not operate a motor vehicle until properly licensed, and the defendant shall make efforts to obtain a valid license; and 5) The defendant shall pay the fine, special assessment, and processing fee at a rate of $15 per month to begin on June 1, 2007.

**Adjustment to Supervision/Violations Alleged:**
Mr. Gibson's adjustment was marginal: He appears to have maintained a stable residence and provided proof of subsistence and food stamps, however, prior to the new arrest, concerns regarding his reported employment as a handyman with Global Tire, in Northeast, Washington, DC were addressed. Mr. Gibson stated he was paid in cash for his services. Additionally, Mr. Gibson was not forthcoming regarding his previous criminal history and is currently under investigation by several localities, for possible sex offender registration violations.

Regarding his monetary obligations, Mr. Gibson was ordered to pay a $10.00 special assessment, a $155.00 fine, and a $25 processing fee at a rate of $15 per month, beginning June 1, 2007. According to the Central Violations Bureau database, Mr. Gibson has satisfied his Court obligation, however as of October 2, 2007, he is in default with respect to late payment fees.

12/07/2007  11:33    202-353-0675    USMS CELLBLOCK    PAGE  06/08
                                     USMS BALTIMORE WTS   PAGE

PROB 12

# United States District Court
## for the
### DISTRICT OF MARYLAND

**07-627-M-01**

> *Statutory maximum term of imprisonment upon revocation is 6 months pursuant to 18 U.S.C. § 3583(e)(3)

U.S.A. vs. Antonio Gibson                                    Docket No.: 06-5258M

### Petition on Supervised Release

COMES NOW **Wanda J. Benson** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Antonio Gibson** who was placed on supervision for **Operating After Suspension, a Class B misdemeanor***, by the Honorable **Thomas M. DiGirolamo**, U.S. Magistrate Judge, sitting in the court at **Greenbelt, Maryland**, on the **4th day of May, 2007** who fixed the period of supervision at **12 months**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

* Pursuant to 18 U.S.C § 3583, the maximum penalty for the offense of conviction is 6 months

1. The defendant is instructed to pay a Special Assessment in the amount of $10.00.
2. The defendant is instructed to pay a fine in the amount of $115.00.
3. The defendant is instructed to pay a processing fee in the amount of $25.00.
4. The defendant shall not operate a motor vehicle until properly licensed. The defendant shall make efforts to obtain a valid license.
5. The defendant shall pay the fine, special assessment, and processing fee at a rate of $15 per month to begin on June 1, 2007.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**WHEREAS:** Standard Condition which states the defendant shall not commit another federal, state, or local crime. On October 6, 2007, Mr. Gibson was arrested in Washington D.C., by members of the Narcotics Special Investigation Division Prostitution Enforcement Unit (PEU) of the Metropolitan Police Department for Pandering (Felony), and Possession of Marijuana Case No. 2007CF10233577 On October 9, 2007, Mr. Gibson was held without bond.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Antonio Gibson for alleged violations of probation.

ORDER OF COURT
Considered and ordered as prayed this 5th day of Nov., 2007 and ordered filed and made a part of the records in the above case.

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Wanda J Benson, US Probation Officer

Date  November 2, 2007

Reviewed and Approved By:

_____
Dawn M. Clark, Supervisory U.S. Probation Officer

Place  Greenbelt, Maryland

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

07-627-M-01

Defendant's Name: _____ Antonio D. Gibson _____

Alias: _____

Last Known Residence: _____
Last Known Employment: _____

Place of Birth: _____

Date of Birth: _____

Social Security Number: _____

Height: _____ 5'9 _____     Weight: _____ 170 _____

Sex: _____ male _____     Race: _____

Hair: _____ blk _____     Eyes: _____ Brn _____

Scars, Tattoos, Other Distinguishing Marks: _____
_____
_____

FBI Number: _____

Complete Description of Auto: _____
_____
_____

Investigative Agency and Address: _____
_____
_____

U.S. DISTRICT COURT (Rev. 12/98)